UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Carey</u>

       v.                                    06-cv-293-SM

<u>Charles Ward, et al.</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 2, 2006, for the reasons set forth therein. The plaintiff has alleged Eighth Amendment claims against defendants Hartley and Ward based on the denial of adequate medical care. All remaining claims are hereby dismissed. Plaintiff's motion for alternative service (doc. no. 6) is granted.

      SO ORDERED.

December 1, 2006

                                                         _____
                                                         Steven J. McAuliffe
                                                         Chief Judge

cc:    William J. Carey, pro se