**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


<u>William J. Carey</u>

    v.                         Civil No. 06-cv-293-SM

<u>Charles Ward, et al.</u>


**<u>REPORT AND RECOMMENDATION</u>**

    Re:  Document No. 17, <u>Motion to Continue TRO Hearing of 12/15/06</u>

    Ruling: Granted.  The defendants in this case have no control over where plaintiff is housed by the state.  I recommend that the injunction be denied in this case since it is sought against non-parties and that he be instructed that his injunctive complaint is against state authorities.

    Any objections to this report and recommendation must be filed within ten (10) days of receipt of this notice.  Failure to file objections within the specified time waives the right to appeal the district court's order.  <u>See</u> <u>Unauthorized Practice of Law Comm. v. Gordon</u>, 979 F.2d 11, 13-14 (1st Cir. 1992); <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986).

                                            _____
                                            James R. Muirhead
                                            U.S. Magistrate Judge

Date: December 11, 2006

cc:   John A. Curran, Esq.
       Jonathan A. Lax, Esq.
       William J. Carey, *pro se*