UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William J. Carey

v.  06-cv-293-SM

Charles Ward, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 11, 2006, no objection having been filed, for the reasons set forth therein.  Plaintiff's Motion for Preliminary Injunction (doc. no. 10) is hereby denied.

SO ORDERED.

January  24, 2007

_____
Steven J. McAuliffe
Chief Judge


cc: William J. Carey, pro se
John A. Curran, Esq.
Jonathan A. Lax, Esq.